**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00525-CV

### DONALD DAVIS, Appellant

### V.

### ATTORNEY GENERAL, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-01417-T**

## ORDER

In accordance with our September 16, 2015 order, Dallas County District Clerk Felicia Pitre has filed a supplemental clerk's record containing certain items requested by appellant, a pro se inmate. Although appellant has filed his brief, we **DIRECT** the Clerk of the Court to mail a copy of the supplemental clerk's record to appellant. Appellee's brief remains due October 14, 2015.

/s/      CRAIG STODDART
           JUSTICE